IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY HELLMUTH and KAREN HELLMUTH, his wife, : Plaintifffs : : v. : : CABOT OIL & GAS CORPORATION, : Defendant : | No. 3:08cv835 (Judge Munley) |

## ORDER

**AND NOW**, to wit, this _____ day of August 2009, the plaintiffs' motion to dismiss pursuant to Rule 7(b) of the Federal Rules of Civil Procedure (Doc. 12) is construed as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. The case is thus dismissed without prejudice.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court